**Jerome L. RISER, Petitioner,**

v.

**DEPARTMENT OF the TREASURY, Respondent.**

No. 2008–3339.

United States Court of Appeals, Federal Circuit.

Nov. 5, 2008.

### ORDER

Petitioner having filed the required Statement Concerning Discrimination,

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The court's October 16, 2008, 316 Fed.Appx. 987, dismissal order is vacated, the mandate is recalled, and the petition for review is reinstated.

(2) Respondent's brief is due on or before November 26, 2008.